ACCEPTED
03-15-00516-CV
8071574
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/3/2015 12:06:05 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/3/2015 12:06:05 PM
JEFFREY D. KYLE
Clerk

December 3, 2015

*Via E-File*
Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
Price Daniel Sr. Building
209 West 14th St., Room 101
Austin, Texas 78701

      Re:    *Cantu Enterprises, LLC v Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas;* 03-15-00516-CV; Third Court of Appeals, Austin, Texas.

Dear Mr. Kyle:

Regarding the above case, I will be out of the office on vacation beginning Friday, December 18, 2015 and returning to the office Monday, January 4, 2016. Accordingly, I would appreciate it if you would not schedule anything relating to this case during the days that I'm out of the office.

      Very truly yours,

      */s/Shannon M. Ryman*
      SHANNON M. RYMAN
      Assistant Attorney General
      Texas State Bar No. 24089705
      Tax Division
      P.O. Box 12548
      Austin, Texas 78711-2548
      Telephone: (512) 475-4866
      Facsimile: (512) 478-4013
      Email: Shannon.ryman@texasattorneygeneral.gov

cc:    Doug Sigel (*Via E-Serve*)